IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GARY GARDNER, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. |
| SIMM ASSOCIATES INC., | |
| | JURY TRIAL DEMANDED |
| Defendant. | |

**NOTICE OF REMOVAL**

Defendant SIMM ASSOCIATES, INC. ("Defendant"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1. Simm Associates, Inc. is a defendant in an action pending in the State of Wisconsin, Circuit Court, Civil Division, Milwaukee County Case No. 2021CV007226, entitled *Gary Gardner v. Simm Associates Inc.* ("the State Court Action").

2. A true and correct copy of the Summons and Complaint in the State Court Action is attached hereto as Exhibit "A".

3. Plaintiff in the State Court Action is GARY GARDNER ("Plaintiff"). See Exhibit "A".

4. Defendant was served with the Summons and Complaint in the State Court Action on February 21, 2022.

5. Plaintiff's Complaint in the State Court Action alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* See Exhibit "A".

6. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8. Since this case arises out of alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, Defendant may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

9. This Notice has been filed with the Court within thirty (30) days after purported service of the Summons and Complaint and Plaintiff's Complaint on Defendant.

WHEREFORE, Defendant SIMM ASSOCIATES, INC. prays that the State Court Action be removed from the State of Wisconsin, Circuit Court, Civil Division, Milwaukee County Case No. 2021CV007226, to this Court for proper and just determination.

**KAUFMAN DOLOWICH & VOLUCK, LLP**

By: /s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Telephone: (215) 501-7002
Facsimile: (215) 405-2973
rperr@kdvlaw.com
Attorney for Defendant Simm Associates, Inc.

Dated: March 22, 2022

## CERTIFICATE OF SERVICE

I RICHARD J. PERR, ESQUIRE, hereby certify that a true and correct copy of the foregoing Notice of Removal was delivered via electronic filing on all counsel of record, via Federal Express, and/or email upon the following:

John D. Blythin, Esquire
Mark A. Eldridge, Esquire
Jesse Fruchter, Esquire
Ben J. Slatky, Esquire
ADEMI LLP
3620 East Layton Avenue
Cudahy, WI 53110
jblythin@ademilaw.com; meldridge@ademilaw.com; jfruchter@ademilaw.com;
bslatky@ademilaw.com

Attorney for Plaintiff

/s/ Richard J. Perr
RICHARD J. PERR

Dated: March 22, 2022

4878-6628-3799, v. 1